UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Northwell Health, Inc., <br><br> Plaintiff, <br><br> -against- <br><br> Capital Blue Cross, <br><br> Defendant. | Civil Action No. |

## CAPITAL BLUE CROSS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Capital Blue Cross ("Defendant"), which is a nongovernmental corporate party, states that:

1. There is no publicly held corporation that owns 10% or more of its stock; and

2. Defendant does not have a parent corporation.

Dated: New York, New York
       February 21, 2023

                                     **SAUL EWING LLP**
                                     1270 Avenue of the Americas, Suite 2005
                                     New York, New York 10020
                                     (212) 980-7200
                                     *Attorneys for Defendant*
                                     *Capital Blue Cross*

                                By: */s/ Christie R. McGuinness*
                                      Michael S. O'Reilly
                                      Christie R. McGuinness

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Corporate Disclosure Statement was filed with the Clerk on this date and sent to all counsel via CM/ECF and E-Mail as follows:

Meredith F. McBride, Esq.
Butler Tibbetts, LLC
9 East 45th Street, 9th Floor
New York, New York 10017
mmcbride@butlertibbetts.com
*Attorneys for Plaintiff*

This the 21st day of February, 2023.

*/s/ Christie R. McGuinness*
Christie R. McGuinness