

Christie R. McGuinness

Phone: (212) 980-7205

christie.mcguinness@saul.com

www.saul.com

May 10, 2023

**VIA ECF**

The Honorable Eric N. Vitaliano
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Northwell Health, Inc. v. Capital Blue Cross*
            Case No. 2:23-cv-01362-ENV-AYS

Dear Judge Vitaliano:

In accordance with Your Honor's April 26th, 2023 Order, Plaintiff Northwell Health, Inc. ("Northwell") and Defendant Capital Blue Cross ("Capital") write jointly to request the Court set the following briefing schedule for Capital's Motion to Dismiss: Capital shall file its Motion to Dismiss by ***June 9, 2023***; Northwell shall file its Opposition to the Motion to Dismiss by ***July 10, 2023***; and Capital shall file its Reply in Further Support of its Motion to Dismiss by ***July 24, 2023***. If Northwell files an Amended Complaint, Capital will timely advise the Court whether it intends to move to dismiss the amended pleading and will request a Pre-Motion Conference with Your Honor.

Respectfully submitted,

/s/ *Meredith McBride*
Meredith McBride, Esq.
**Butler Tibbetts, LLC**
181 Old Post Road
Southport, Connecticut
06890
mmcbride@butlertibbetts.com

*Attorneys for Plaintiff*

/s/ *Christie R. McGuinness*
Christie R. McGuinness, Esq.
**Saul Ewing LLP**
1270 Avenue of the Americas, Suite 2005
New York, New York
10020
christie.mcguinness@saul.com

*Attorneys for Defendant*