

Christie R. McGuinness

Phone: (212) 980-7205

christie.mcguinness@saul.com

www.saul.com

June 30, 2023

<u>VIA ECF</u>

The Honorable Eric N. Vitaliano
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

  Re: *Northwell Health, Inc. v. Capital Blue Cross*
    Case No. 2:23-cv-01362-ENV-AYS

Dear Judge Vitaliano:

  In accordance with Your Honor's June 16th, 2023 Order, Plaintiff Northwell Health, Inc. ("Northwell") and Defendant Capital Blue Cross ("Capital") write jointly to request the Court set the following briefing schedule for Capital's Motion to Dismiss: Capital shall file its Motion to Dismiss by ***July 28, 2023***; Northwell shall file its Opposition to the Motion to Dismiss by ***August 25, 2023***; and Capital shall file its Reply in Further Support of its Motion to Dismiss by ***September 8, 2023***.

Respectfully submitted,

| | |
|---|---|
| /s/ *Meredith McBride* | /s/ *Christie R. McGuinness* |
| Meredith McBride, Esq. | Christie R. McGuinness, Esq. |
| **Butler Tibbetts, LLC** | **Saul Ewing LLP** |
| 181 Old Post Road | 1270 Avenue of the Americas, Suite 2005 |
| Southport, Connecticut 06890 | New York, New York 10020 |
| mmcbride@butlertibbetts.com | christie.mcguinness@saul.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

1270 Avenue of the Americas, Suite 2005 ♦ New York, NY 10020 ♦ Phone: (212) 980-7200 ♦ Fax: (212) 980-7292

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP